AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

2026 FEB 25 P 2:11

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:26-mj-00067-JCN |
| DEVIN AUSTIN BISHOP ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEVIN AUSTIN BISHOP,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Failure to report arrival and present for inspection in violation of Title 19, United States Code, Sections 1433(b) and 1436(a)(1), (c) and Assault on a federal official in violation of Title 18, United States Code, Sections 111(a)(1) and (b). (See accompanying affidavit of FBI SA Jennifer Misek)

Date: 2/25/26

*Issuing officer's signature*

City and state: Bangor, Maine

John C. Nivison, U.S.M.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*