AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America<br>v.<br>DEVIN AUSTIN BISHOP<br>*Defendant* | )<br>)<br>) Case No. 1:26-mj-00067-JCN<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DEVIN AUSTIN BISHOP                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Failure to report arrival and present for inspection in violation of Title 19, United States Code, Sections 1433(b) and 1436(a)(1), (c) and Assault on a federal official in violation of Title 18, United States Code, Sections 111(a)(1) and (b). (See accompanying affidavit of FBI SA Jennifer Misek)

Date:  2/25/26

*Issuing officer's signature*

City and state:  Bangor, Maine

John C. Nivison, U.S.M.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  2/25/2026 , and the person was arrested on *(date)*  3/13/26
at *(city and state)*   Bangor, ME          .

Date:  3/13/26

*Arresting officer's signature*

Jennifer K. Misek, Special Agent
*Printed name and title*